IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| KAYLA QUESENBERRY | ) | Case No: 1:20-cr-00010 |
| DOB: xx-xx-1989 | ) | |
| SSN: xxx-xx-3693 | | |

Your petitioner, United States of America, by S. Cagle Juhan, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1.   That the case is a prosecution upon an Indictment against the defendant for violation of Title 21, United States Code, Section 841 and 846.

2.   That the presence of the defendant before the United States District Court for the Western District of Virginia at Abingdon, Virginia, scheduled for an Initial Appearance and/ or Arraignment at 01:30 p.m., on April 7, 2020, is necessary and she is now in the custody of Southwest Virginia Regional Jail Abingdon Facility.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated:   3/17/2020                          s/ S. Cagle Juhan
                                                      Assistant United States Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:   SWVRJA-ABG
        15205 Joe Derting Drive
        Abingdon, Virginia 24210
        Phone: (276)739-3520
        **THE EVENT THE INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (276) 628-4161.**
GREETINGS:

WE COMMAND YOU that you surrender the body of Kayla Quesenberry, detained in the Southwest Virginia Regional Jail Abingdon Facility, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that her body will be before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 7th day of April 2020, at 1:30 p.m., or at such other time or times as the District Court may direct.

ENTER:   The _____ day of March 2020.

                                                      _____
                                                      United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Southwest Virginia Regional Jail Abingdon Facility, and remove therefrom the body of KAYLA QUESENBERRY and produce her under safe and secure conduct before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 7th day of April 2020, at 1:30 p.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said KAYLA QUESENBERRY to the Southwest Virginia Regional Jail Abingdon Facility.

JULIA C. DUDLEY, CLERK

BY:_____
                    Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2020.

BY:   _____
            United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of _____, 2020.

BY:   _____
            United States Marshal/Deputy

SENTENCED STATE PRISONER:        Yes: _____        No: _____