10908255

1984-0904-3185-J

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

4/7/20
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

Received

| United States of America | ) | |
| v. | ) | Case No. 1:19mj103 |
| Kayla Quesenberry | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Kayla Quesenberry                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

     21 U.S.C. § 841(a) - Distribution of a Controlled Substance

Date:  9/4/19                                                _Pamela Meade Sargent_
                                                            _Issuing officer's signature_

City and state:   Bristol, Virginia                         Honorable Magistrate Judge Pamela Meade Sargent
                                                            _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_  9/04/2019  , and the person was arrested on _(date)_  4/07/2020  at _(city and state)_  W/ VA                                 . |
| Date:   4/07/2020                    _Jim Satterwhite, ASDUSM_ <br> _Arresting officer's signature_ |
| * VIA WRIT/ SWVRJ Abingdon            Jim Satterwhite, USMS for ATF <br> _Printed name and title_ |