# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:20CR10 |
| ) | |
| v.  ) | **ORDER RE** |
| ) | **PRETRIAL MOTIONS** |
| ) | |
| **KAYLA QUESENBERRY,**  ) | By:  James P. Jones |
| ) | United States District Judge |
| Defendant.  ) | |

It appearing proper, it is **ORDERED** as follows:  (1) All pretrial motions, except motions to dismiss or quash the indictment, motions to suppress evidence, motions in limine seeking to limit or preclude evidence at trial, or any motion that may dispose of a charge or defense, are referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure for determination;  (2) Pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure, all pretrial motions must be filed at least 14 days prior to the pretrial conference. All motions filed will be heard on the date of the scheduled pretrial conference, unless the parties agree upon an alternative hearing date that is prior to the pretrial conference date;  (3) If a pretrial conference is not scheduled or held, all pretrial motions must be filed at least 14 days prior to trial; and  (4) All motions must be accompanied by a supporting brief which sets forth the factually basis and the legal arguments to support the motion, unless this information is contained in the motion itself.  As only one example, any motion to suppress must set forth the factual basis under which it is alleged that the evidence was illegally obtained or seized.

ENTER:  April 7, 2020

/s/  *James P. Jones*
United States District Judge