UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.  1:20cr00010-001 |
| | : | |
| KAYLA QUESENBERRY | : | |

**AGREED ORDER REGARDING DISCOVERY**

Pursuant to Federal Rule of Criminal Procedure 16.1, the parties have conferred and agree as follows:

The Government disclosed an initial set of materials to the defense on April 16, 2020.

The Government will disclose additional materials required by Federal Rule of Criminal Procedure 16 no later than May 1, 2020.

The defendant will disclose reciprocal discovery required by Federal Rule of Criminal Procedure 16 no later than May 8, 2020.

To the extent that the defendant seeks disclosure of material described in *Brady v. Maryland*, 373 U.S. 83 (1963), and related cases, including *United States v. Giglio*, 405 U.S. 150 (1972) (impeachment evidence), the Government's obligations to produce these materials in a timely manner exist regardless of any specific direction by the court, *see United States v. Holmes*, 722 F.2d 37, 41 (4th Cir.

1983).  The parties are required by Federal Rule of Criminal Procedure 16(c) to make additional disclosures promptly upon discovery of additional discovery materials.

>Agreed by:
>
>/s/ John Stanford
>John Stanford
>NC Bar No.:  51664
>Federal Public Defenders Office
>201 Abingdon Place
>Abingdon, VA 24211
>276-619-6089
>Fax: 276-619-6090
>Email: john_stanford@fd.org
>
>
>/s/ S. Cagle Juhan
>S. Cagle Juhan
>D.C. Bar No.:  1022935
>Assistant United States Attorney
>U.S. Attorney's Office
>255 W. Main St., Room 130
>Charlottesville, Virginia 22902
>(434) 293-4283
>(434) 293-4910
>E-Mail: cagle.juhan@usdoj.gov

Upon due consideration of the parties' Federal Rule of Criminal Procedure 16.1 Agreement and it appearing proper, **IT IS SO ORDERED**.

   **ENTERED:** April 22, 2020.

>/s/ *Pamela Meade Sargent*
>UNITED STATES MAGISTRATE JUDGE