**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

UNITED STATES OF AMERICA,
    plaintiff

v.                                                        CASE No.: 1:20CR00010

KAYLA QUESENBERRY,
    defendant

## MOTION TO ALLOW A COPY OF DISCOVERY TO BE PROVIDED TO THE JAIL FOR DEFENDANT

Defendant Kayla Quesenberry, by counsel, moves this Honorable Court for permission to place an electronic copy of her discovery materials on file at the Southwest Virginia Regional Jail for her review. In support of her motion, she states the following:

1. The defendant is currently incarcerated at the Southwest Virginia Regional Jail.

2. The copies seeking to be placed on file at the jail may be redacted, if necessary.

3. Defendant's counsel is currently unable to visit her at the jail to review discovery in person, due to the ongoing COVID-19 pandemic.

Wherefore, Kayla Quesenberry respectfully requests that her motion be granted so that an electronic copy of the discovery materials can be placed on file at the jail for her review.

                                                        Respectfully submitted,

                                                        Kayla Quesenberry
                                                        By Counsel

s/John T. Stanford
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, VA 24211
(276) 619-6089
john_stanford@fd.org
NC Bar No. 51664

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney this 7th day of May, 2020.

s/John T. Stanford