IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.: 1:20CR10**     **Date: 5/28/20**

**Defendant:** Kayla Quesenberry, Custody via Video Conference     **Counsel:** John Stanford, AFPD via Video Conference

PRESENT:     JUDGE:     James P. Jones via Video Conference
TIME IN COURT: 1:26 – 2:00 p.m.   (34 minutes)
     Deputy Clerk:     Felicia Clark via Video Conference
     Court Reporter:     Donna Prather via Video Conference
     U. S. Attorney:     Cagle Juhan via Video Conference
     USPO:     Angela Sullivan via Video Conference

**PROCEEDINGS:**

\*\*Defendant consents to proceed via video conference\*\* Court stated reasons for proceeding forward via video conference on the record.

☒ Plea Agreement filed with court prior to court hearing.
☒ Defendant re-arraigned as to Counts 3 of the Indictment
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty, but defers acceptance of the plea agreement pending the completion of the PSR.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts 3 of the Indictment

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 3 of the Indictment | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for August 28, 2020 at 10:30 a.m. in Abingdon, Virginia before Judge James P. Jones.