IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.  ) | Case No.: 1:20cr00010 |
| ) | |
| KAYLA QUESENBERRY ) | |
| ) | |
| Defendant ) | |

## MOTION TO SEAL

Counsel for the defendant moves this Honorable Court to place under seal Defendant's Sentencing Memorandum and Exhibits.  In support, counsel avers that the Sentencing Memorandum and Exhibits contain information of a sensitive and private personal nature.

> Respectfully submitted,
>
> Kayla Quesenberry
> By Counsel
>
> s/*John T. Stanford*
> Assistant Federal Public Defender
> 201 Abingdon Place
> Abingdon, VA  24211
> NC Bar No. 51664
> john_stanford@fd.org
> 276-619-6080

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I caused the forgoing Motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the Assistant United States Attorney.               s/*John T. Stanford*